# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

October 14, 2011

**By ECF and Hand**
The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re: United States v. Sulejmah Hadzovic, 09-CR-648

Dear Judge Gleeson:

After conversations with Mr. Hadzovic's Pretrial Services Officer, Anna Lee, I write to clarify the nature of my last bail modification request.

On October 3, 2011, Your Honor granted my request to modify the terms of Mr. Hadzovic's pretrial release such that he no longer be subject to a curfew. Ms. Lee has informed me that the language I should have included in my request was that Your Honor "remove the home curfew with location monitoring condition." I now make that specific request. The government consents to this modification.

I thank the Court for its consideration.

Respectfully Submitted,

Lisa Hoyes
Assistant Federal Defender
(718) 330-1253