# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

December 18, 2012

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re: <u>United States v. Sulejmah Hadzovic, 09-CR-648</u>

Dear Judge Gleeson:

I write, with the consent of the government and Pre-Trial Services, to request that Your Honor modify the terms of Mr. Hadzovic's pre-trial release such that he be permitted to travel to Highmount, New York for a family outing on December 22, 2012.  Highmount is in the Northern District of New York.  Mr. Hadzovic's travel is currently restricted to the Eastern and Southern Districts of New York.

Mr. Hadzovic will travel with four family members.  He plans to leave at approximately 5:00 a.m. and return to Brooklyn at approximately 9:00 p.m.

I thank the Court for its consideration.

Respectfully Submitted,

Lisa Hoyes
Assistant Federal Defender
(718) 330-1253