# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

March 10, 2014

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re: <u>United States v. Sulejmah Hadzovic, 09-CR-648</u>

Dear Judge Gleeson:

Mr. Hadzovic's 23-year-old brother died unexpectedly yesterday.  I write, with the consent of the government and Pre-Trial Services, to request that Your Honor modify the terms of his release so that he may travel to New Jersey today for the funeral.  His travel is currently restricted to the Eastern and Southern Districts of New York.

I thank the Court for its consideration.

Respectfully Submitted,

Lisa Hoyes
Assistant Federal Defender
(718) 330-1253