# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

March 11, 2014

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re: <u>United States v. Sulejmah Hadzovic, 09-CR-648</u>

Dear Judge Gleeson:

    As I informed the Court yesterday, Mr. Hadzovic's 23-year-old brother died unexpectedly on Sunday and the funeral was held on Monday in New Jersey. Mr. Hadzovic now seeks permission to visit the grave site with his family tomorrow morning, at the Jersey State Memorial Park in Millstone, New Jersey, at approximately 10:00 a.m.

    I reached out to the government earlier today, but have not yet heard back regarding their position, nor have I been able to reach Mr. Hadzovic's pre-trial officer in time for this request. I note that Mr. Hadzovic has been out on bond for over four years, without incident.

    I thank the Court for its consideration.

Respectfully Submitted,

*Lisa Hoyes*
Lisa Hoyes
Assistant Federal Defender
(718) 330-1253