# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

June 12, 2014

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re: United States v. Sulejmah Hadzovic, 09-CR-648

Dear Judge Gleeson:

I write to request permission for Mr. Hadzovic to spend the day at Six Flags Great Adventure in Jackson, New Jersey, either Tuesday or Wednesday of next week.  He will provide exact travel details to his Pre-Trial Services officer in advance of the trip.  The government and Pre-Trial Services have no objection to this request.

I thank the Court for its consideration.

Respectfully Submitted,

Lisa Hoyes
Assistant Federal Defender
(718) 330-1253