# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

December 16, 2014

**Via ECF**
The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re: United States v. Sulejmah Hadzovic, 09-CR-648

Dear Judge Gleeson:

I write to request ongoing permission for Mr. Hadzovic to travel to Belleayre Mountain in Highmount, New York, and Mountain Creek in Vernon, New Jersey.

The government and Pre-Trial Services have no objection to this request.

I thank the Court for its consideration.

Respectfully Submitted,

Lisa Hoyes
Assistant Federal Defender
(718) 330-1253

cc:   Seth DuCharme, AUSA
      Ashley Calvi, Pre-Trial Services